**STATE v. MELLO**

[364 N.C. 421 (2010)]

STATE OF NORTH CAROLINA v. GARY F. MELLO

No. 490A09

(Filed 8 October 2010)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 200 N.C. App. ——, 684 S.E.2d 483 (2009), finding no error in a judgment entered on 10 December 2007 by Judge V. Bradford Long in Superior Court, Forsyth County. Heard in the Supreme Court 24 March 2010.

*Roy Cooper, Attorney General, by Derrick C. Mertz, Assistant Attorney General, for the State.*

*James R. Glover for defendant-appellant.*

PER CURIAM.

AFFIRMED.